Patrice L. Bishop (182256)
Stull, Stull & Brody
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Tel: 323-456-8638
Fax: 323-456-8601



FILED
CLERK, U.S. DISTRICT COURT
1/21/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 92     case already closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., DATA SECURITY BREACH LITIGATION<br>This Document Relates to:<br>BENJAMIN HELLER, DAVID FLUSS, ANNA LUNA, MARCY LOKIETZ, AKASH SHETH, Individually and on Behalf of All Others Similarly Situated,         Plaintiffs<br>v.<br>RAISER, LLC, RASIER-CA, LLC, AND UBER TECHNOLOGIES, INC.                      Defendants. | MDL No. 2:18-ml-02826-PSG-GJS<br><br>Case No. 2:17-cv-08545-PSG-GJS<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) ; ORDER** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

IT IS SO ORDERED.
DATED: 1/21/21
_____
U.S. DISTRICT JUDGE

January 20, 2021                    /s/ Patrice L. Bishop
         *Date*                        *Signature of Attorney/Party*

NOTE:  **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

   **F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*